

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00627-CV

Raymond S. **DE LEON** II, Trustee of the Delfina & Josefina Alexander Family Trust,
Appellant

v.

Josefina Alexander **GONZALEZ**, et al.,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014-CVQ-001098-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARION

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED September 17, 2014.

_____
Catherine Stone, Chief Justice